RECEIVED
IN LAKE CHARLES, LA.

JUN 24 2010

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **MATTHEW JOSEPH WOOD** | : | **CIVIL ACTION NO. 09-cv-1560** |
| VS. | : | SECTION P |
| **DEPARTMENT OF CORRECTIONS, ET AL.** | : | **JUDGE MINALDI**<br>**MAGISTRATE JUDGE KAY** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**ORDERED** that plaintiff's complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

THUS DONE AND SIGNED in chambers at Lake Charles, Louisiana, this 25 day of June, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE